IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: June 28, 2021
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

---

| Criminal Action No. **21-cr-175-WJM** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| Plaintiff, | |
| v. | |
| 1. MICHAEL LAIN, | Sabra Barnett |
| Defendant. | |

---

## COURTROOM MINUTES

**Change of Plea Hearing**

**10:33 a.m.   Court in session.**

Appearances of counsel. Defendant is present on bond. Also seated at the Government's table is Special Agent Christopher Watson and Special Agent Benjamin Klappert.

Defendant sworn.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads guilty to Count 1 of the Information and admits the forfeiture allegation.

**ORDERED:** Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:** Defendant's plea of guilty to Count 1 is ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** Sentencing is set for December 3, 2021 at 11:00 a.m.

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby vacated. Any pending motions are hereby denied as moot.

**ORDERED:** The Court finds by clear and convincing evidence that the defendant is unlikely to flee, nor does he pose a danger to the safety of the community, and the defendant meets the requirements of having exceptional circumstances to remain on bond. Defendant's bond is continued.

**11:04 a.m.     Court in recess.**

Total time in court: 0:31

Hearing concluded.